

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | Magistrate Docket No. '21 MJ4604 |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | COMPLAINT FOR VIOLATION OF: |
| | ) | Title 8, USC 1324(a)(1)(A)(ii) |
| | ) | Transportation of Illegal Aliens |
| | ) | |
| Scott Wayne SHEEHAN, | ) | Title 18, USC 758 High Speed Flight from |
| | ) | Immigration Checkpoint |
| | ) | |
| | ) | Title 18, USC 111(a)(1) Assault on a |
| | ) | Federal Officer (Misdemeanor) |
| Defendant. | ) | |

The undersigned complainant being, duly sworn, states:

## COUNT ONE

On or about November 18, 2021, within the Southern District of California, defendant Scott Wayne SHEEHAN, with the intent to violate the immigration laws of the United States, knowing or in reckless disregard of the fact that certain aliens, namely, Roberto QUIJAS-Moreno, Isidro RIOS-Rocha, and Mario ROCHA-Rizo, had come to, entered and remained in the United States in violation of law, did transport and move, said aliens within the United States in furtherance of such violation of law; in violation of Title 8, United States Code, Section 1324(a)(1)(A)(ii).

## COUNT TWO

On or about November 18, 2021, within the Southern District of California, defendant, Scott Wayne SHEEHAN, while in a motor vehicle, did willfully flee and evade a checkpoint operated by the United States Border Patrol, a federal law enforcement agency, and did willfully flee federal law enforcement officers at a speed in excess of the legal speed limit: in violation of Title 18 United States Code, Section 758.

COUNT THREE

On or about November 18, 2021, within the Southern District of California, defendant, Scott Wayne SHEEHAN, did intentionally and forcibly assault, persons designated in Title 18 United States Code, Section 1114, to wit, Department of Homeland Security, United States Customs and Border Protection, United States Border Patrol Agents, while the agents were engaged in the performance of their official duties; in violation of Title 18, United States Code, Section 111(a)(1) a midemeanor.


And the complainant further states that this complaint is based on the attached probable cause statement, which is incorporated herein by reference.

_____
SIGNATURE OF COMPLAINANT
Anthony Martinez
Border Patrol Agent


SWORN AND ATTESTED TO UNDER OATH BY TELEPHONE, IN ACCORDANCE WITH FEDERAL RULE OF CRIMINAL PROCEDURE 4.1, ON NOVEMBER 22, 2021

_____
HON. MITCHELL D. DEMBIN
United States Magistrate Judge

**CONTINUATION OF COMPLAINT:**
 Scott Wayne SHEEHAN

### PROBABLE CAUSE STATEMENT
I declare under the penalty of perjury that the following statement is true and correct:

The complainant states that Roberto QUIJAS-Moreno, Isidro RIOS-Rocha, and Mario ROCHA-Rizo, are citizens of a country other than the United States; that said aliens have admitted that they are deportable; that their testimony is material, that it is impracticable to secure their attendance at the trial by subpoena; and they are material witnesses in relation to this criminal charge and should be held or admitted to bail pursuant to Title 18, United States Code, Section 3144.

On November 18, 2021, Border Patrol Agents C. Thomas and A. Overbay were conducting assigned duties in the Campo Border Patrol Station's area of responsibility. At approximately 8:10 PM, Border Patrol Agent P. Cummings, who was positioned at primary inspection at the Old Highway 80 Border Patrol Westbound Immigration Checkpoint, observed a white Dodge Journey approach his position, with a single male driver, later identified as Scott Wayne SHEEHAN. Agent Cummings identified himself as a United States Border Patrol Agent and conducted an immigration inspection.  SHEEHAN stated he was a United States citizen. Agent Cummings questioned SHEEHAN as to his purpose of travel. SHEEHAN stated that he was "coming from the casino." With his flashlight, Agent Cummings looked through the vehicle's windows and observed a blue tarp covering a large object. Looking closer, Agent Cummings observed what appeared to be "booties," which are small pieces of clothe, cut to fit over the tread of shoes. Smugglers use booties to obscure the shoe impressions left by undocumented individuals as they further their illegal incursion into the United States.

At approximately 8:13 PM, Agent Cummings sent SHEEHAN to secondary inspection, where Agent Thomas and Agent Overbay were currently assigned, for further investigation. SHEEHAN drove toward secondary inspection but stopped before entering. Agents Thomas and Overbay approached the stopped vehicle and directed him to pull forward. SHEEHAN refused to follow their commands. Agent Cummings, as well as the secondary agents, ordered SHEEHAN to put his vehicle in park and to turn off the engine. SHEEHAN refused to comply and placed his vehicle back in drive and accelerated away at a high rate of speed. Agents Thomas and Overbay got into the nearest marked vehicles and began to pursue SHEEHAN.  At this time, Agent Cummings reported what had just transpired via service radio.

At approximately 8:19 PM, agents broadcast over the radio that the vehicle was traveling westbound on Interstate 8. A Customs and Border Protection helicopter was requested and responded that they were in route. The vehicle continued on westbound Interstate 8 at speeds of approximately 90 MPH. SHEEHAN then exited Interstate 8 at Highway 79 and proceeded

**CONTINUATION OF COMPLAINT:**
 Scott Wayne SHEEHAN

through the intersection without stopping at the stop sign to continue back onto Interstate 8
westbound. Moments later, SHEEHAN exited Interstate 8 at East Willows Road and entered the
Viejas Indian Reservation at reduced speeds of 20-35 MPH. The vehicle exited the Indian
Reservation and returned to Interstate 8, continuing westbound where it again reached
approximately 90 MPH.

At approximately 8:35 PM, after agents had followed SHEEHAN off and back onto Interstate 8,
a Customs and Border Protection helicopter arrived and began to monitor the situation.
SHEEHAN then exited Interstate 8 onto Tavern Road, ran through a red light and south onto
Tavern Road. SHEEHAN continued where he then proceeded to run a second red light, nearly
striking a civilian vehicle and into a shopping complex. Once in the shopping complex,
SHEEHAN drove through the parking lot where he came to a dead-end at the rear of a hotel
parking lot. There, Agent Overbay witnessed two individuals, later identified as material
witnesses, Mario ROCHA-Rizo and Isidro RIOS-Rocha, jump from the rear passenger side of
the vehicle. SHEEHAN got out of his vehicle, and then quickly got back into his vehicle as
agents pulled their vehicles to surround SHEEHAN. SHEEHAN put the Dodge Journey back
into drive as agents approached on foot and attempted to swerve his vehicle, nearly striking
Agent Thomas, who was trying to get him to comply with verbal commands to place his vehicle
in park and exit the vehicle. At this point, Agent Thomas drew his service issued firearm. While
attempting to swerve his vehicle, SHEEHAN crashed into a large boulder and became stuck.
Agent Thomas approached the vehicle and attempted to open the driver's door but it was
locked. Fearing that SHEEHAN might reverse into other agents and further place the public at
risk, Agent Thomas broke the driver's side window and opened the door from the inside. Agent
Overbay, who had detained ROCHA and RIOS, asked the arriving agents to take over so that he
could assist Agent Thomas in apprehending SHEEHAN. While attempting to get SHEEHAN
out of his vehicle, he became combative and continued to press the gas pedal attempting to
drive through the boulder. When Agent Overbay and Agent Thomas removed SHEEHAN from
his vehicle, SHEEHAN refused to comply with commands to place his hands behind his back.
At approximately 8:39 PM, after several attempts, agents successfully got his hands to the small
of his back and placed SHEEHAN in mechanical restraints.

At approximately 8:40 PM, emergency medical services were requested. A third individual
later, identified as material witness, Roberto QUIJAS-Moreno, was later found in the rear
compartment of the vehicle. SHEEHAN, QUIJAS, ROCHA, and RIOS were transported to a
local hospital for medical evaluation but were later cleared medically. SHEEHAN, QUIJAS,
ROCHA, and RIOS were then transported back to the Campo Border Patrol Station for further

**CONTINUATION OF COMPLAINT:**
 **Scott Wayne SHEEHAN**


processing. On November 19, 2021 at approximately 3:02 AM, Agent Corey conducted an immigration inspection on QUIJAS, ROCHA, and RIOS. This location is approximately 9 miles north of the United States/Mexico Boundary, and approximately 9.5 miles east of the Tecate, California Port of Entry. All three admitted to being citizens of Mexico, without any documents allowing them to enter or remain in the United States legally. At approximately 3:02 AM, Agent Thomas placed SHEEHAN, QUIJAS, ROCHA, and RIOS under arrest.

Material witnesses, Roberto QUIJAS-Moreno, Isidro RIOS-Rocha, and Mario ROCHA-Rizo, stated they are citizens of Mexico without any immigration documents that would allow them to enter or remain in the United States legally. QUIJAS, RIOS and ROCHA stated that they made smuggling arrangements and they had agreed to pay between $6,000 and $8,000 USD to be smuggled into the United States. QUIJAS, RIOS and ROCHA stated that they entered the United States by walking through the mountains in an area where there wasn't a border fence. QUIJAS and ROCHA stated that they were to be picked up by a white Ford Explorer. QUIJAS, RIOS and ROCHA stated the driver that picked them up fled from Border Patrol agents at a high rate of speed and was driving erratically. QUIJAS, RIOS and ROCHA stated that the driver told them to get out of the vehicle while it was moving. QUIJAS, RIOS and ROCHA stated when the vehicle slowed down enough, they exited the vehicle while it was still moving because the driver was attempting to push them from the vehicle. RIOS stated that the door of the Ford Explorer struck his leg. QUIJAS and RIOS stated that the driver drove away and left them on the side of the road where they were eventually apprehended by Border Patrol Agents. ROCHA stated that at one point, he felt that the vehicle was going to flip over and he feared for his life. When the vehicle crashed and came to a complete stop, ROCHA stated that he was hurt due to the crash. RIOS stated that in the course of the driver attempting to drive off, the door hit RIOS in the leg and hurt him. QUIJAS, RIOS and ROCHA were shown a photo lineup of six individuals.

 **Executed on November 20, 2021 at 10:00 AM.**

Jon Bowen
Border Patrol Agent

On the basis of the facts presented in the probable cause statement consisting of three pages, I find probable cause to believe that the defendant named in this probable cause statement committed the offenses on November 18, 2021 and November 19, 2021, in violation of 8 USC 1324(a)(1)(A)(ii), 18 USC 758 and 18 USC 111(a)(1).

HON. MITCHELL D. DEMBIN
United States Magistrate Judge

1:00 PM, Nov 20, 2021

Date/Time